AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| PATRICIA MARIE FOWLER | CASE NUMBER: 8:11-MJ- |
| | 8:11MJ1045 (AEP) |

I, Adam R. Malone, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 17, 2011, in Pinellas County, Middle District of Florida, defendant Patricia Marie Fowler did

> commit wire fraud through the interstate email transmission of fraudulent information to support a fraudulent claim,

in violation of Title 18, United States Code, Section 1343. I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
ADAM R. MALONE

Sworn to before me and subscribed in my presence,

January 27, 2011                                at        Tampa, Florida

ANTHONY E. PORCELLI
United States Magistrate Judge
Name & Title of Judicial Officer                        Signature of Judicial Officer

N:\_Criminal Cases\F\Fowler, Patricia_2011R00NEW_dlh\Complaint Package.wpd

## PROBABLE CAUSE STATEMENT

I, Adam R. Malone, hereinafter referred to as Affiant, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am currently assigned to a cyber squad which investigates violations of Federal Criminal law, including computer intrusions, internet fraud, and the online distribution of child pornography.

On Monday, January 24, 2011, Affiant received information regarding Patricia Marie Fowler, a felon convicted in United States District Court, Middle District of Florida on December 7, 2010 of Title 18, United States Code, Section 1030 (Computer Fraud and Abuse), who is currently scheduled to self-report to Bureau of Prison custody on February 1, 2011. The information received by Affiant pertained to Fowler's filing of a fraudulent insurance claim. The information was received via email from Brantz Roszel, CEO of Suncoast Community Health Centers Inc., hereinafter referred to as SCHC, in Riverview, Florida. Roszel forwarded Affiant an email which his company received from Teri Smith, a claims adjuster with HelpPoint Claim Services, a Division of Farmers Insurance, and located in Baton Rouge, Louisiana. The email from Smith contained documents appearing to have been authored by SCHC Human Resources Manager Debbie Forte.

Affiant reviewed the email and documents, which indicated on Friday, January 21, 2011, Smith contacted Forte telephonically in regards to documentation Smith believed to be suspicious. Smith previously received two documents appearing to be from SCHC in support of Fowler's claim. The first document listed days of leave for Fowler related to medical concerns from a car accident she was a party of in 2007. The second document was a list of pay rates for Fowler during her employment with SCHC. Both documents were on SCHC Letterhead and bore the signature of Deborah Forte. Forte advised Smith that she had not produced any documentation for Fowler and explained that Fowler had been investigated and successfully prosecuted for computer intrusion crimes against SCHC. Forte requested Smith forward her a copy of the documents via email for her review while they were on the telephone. After receiving and reviewing the emailed documents, Forte confirmed that she did not create the documents. Forte further advised that the letterhead used for the documents was old and had not been used for over one and a half years. Smith told Forte that Fowler requested the claim to be expedited as she was on her way to Southeast Asia.

On January 25, 2011, Affiant interviewed Smith telephonically regarding Fowler's medical claim. Smith advised that the original claim was received by her office on November 17, 2010, in the amount of $25,000. An initial offer was made to Fowler on January 14, 2011 for $9,192.75. Smith advised Affiant that Fowler rejected the offer because it did not reflect her lost wages. Smith told Fowler that she would need supporting documentation from her employer to support the lost wages portion of the claim. Fowler emailed documents to support the lost wages to Smith on January 17, 2011, and requested the claim to be expedited as she was on her way to Southeast Asia. Smith believed the documents to be suspicious. Smith advised Affiant that she had multiple telephonic and email conversations with Fowler between November 17,

2010, and January 21, 2011. Smith provided the telephone number she used to contact Fowler was (xxx) xxx-6202 and her email address as [illegible]. Affiant confirmed Fowler's telephone number with Nathan Dodson, U.S. Pretrial Services, who is the Probation Officer for Fowler pending her self-surrender to the Bureau of Prisons. Dodson confirmed that he uses telephone number (xxx) xxx-6202 to contact Fowler. Affiant is also aware through the investigation leading to Fowler's computer fraud prosecution that braingears.com is an IP address belonging to Fowler's brother and that the servers for that IP address are located in Pinellas County, Middle District of Florida.

On January 25, 2011, Affiant contacted Brantz Roszel, SCHC, regarding the suspicious documents. Roszel advised that Fowler had no lost wages and was in fact financially compensated for all of the days listed on the lost wages document.

On January 25, 2011, Affiant received an email from Brantz Roszel which contained a statement written by Debbie Forte. In her statement, Forte explained the events which had occurred relating to the fraudulent documents and stated that she did not create them.

Based on training and experience, Affiant believes there is sufficient probable cause to believe that Patricia Marie Fowler has committed violations of Title 18, United States Code, Section 1343, Wire Fraud.

_____
ADAM R. MALONE, Affiant

Sworn to and signed before me this 27th day of January 2011 in Tampa, Florida.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge